■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE E. ALLEN, Appellant. [652 NYS2d 582] —Judgment unanimously affirmed. Memorandum: We affirm for reasons stated in the decision at Oswego County Court (McCarthy, J.). We add only that, in light of the heinous nature of the crime, the sentence is neither unduly harsh nor severe (see, CPL 470.15 [6] [b]). (Resubmission of Appeal from Judgment of Oswego County Court, Brandt, J.—Murder, 2nd Degree.) Present—Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.